# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Carl Boecherer
                    Plaintiff,

v.                                      Case No.: 1:08–cv–01332
                                                  Honorable Blanche M. Manning

Burling Bank
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: On defendant's motion to dismiss[12], response to be filed by 6/26/2008. Reply to be filed by 7/11/2008. Status hearing set to 5/29/2008 is hereby stricken. Further dates will be set, as necessary, when the court rules on the motion to dismiss.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.