## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carl Boecherer
                    Plaintiff,

v.                                       Case No.: 1:08–cv–01332
                                                           Honorable Blanche M. Manning

Burling Bank
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 6/19/2008. Defendant's motion to stay or limit discovery [16] is granted. Defendant's discovery is limited to affiant Carl Boecherer. Plaintiff's response deadline to defendant's motion to dismiss[12] is extended to 7/29/2008. Defendant's reply deadline is extended to 8/12/2008. Status hearing set for 8/28/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.