**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Carl Boecherer
      Plaintiff,

v.            Case No.: 1:08−cv−01332
            Honorable Blanche M. Manning

Burling Bank
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: There is an ongoing dispute about the scope of discovery. Moreover, the court finds in its discretion that this case will need to be resolved pursuant to a motion to summary judgment. Accordingly, the pending motion to dismiss [12−1] is denied without prejudice. The defendant's answer is due no later than 21 days after the date of entry of this order. Status is set for September 4, 2008 at 11 a.m. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.