**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARL BOECHERER, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 08 C 1332 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| BURLING BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:     See Certificate of Service

PLEASE TAKE NOTICE that on January 13, 2010, the undersigned counsel filed *Plaintiff's Response to Defendant Burling Bank's Motion to Reconsider this Court's Order Denying Defendant's Motion for Summary Judgment and Granting Partial Summary Judgment to Plaintiff*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

### CERTIFICATE OF SERVICE

I, Kym Lozano, a paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on January 13, 2010, I electronically filed *Plaintiff's Response to Defendant Burling Bank's Motion to Reconsider this Court's Order Denying Defendant's Motion for Summary Judgment and Granting Partial Summary Judgment to Plaintiff* with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Donald Shine
John Kneafsey
Michael Moirano
Claire Gorman
Nisen & Elliott
200 W. Adams St., Suite 2500
Chicago, IL 60606-5232


/s/ Kym Lozano, paralegal